**GIBSON DUNN**

Thomas H. Dupree Jr.
1700 M Street, N.W.
Washington, D.C. 20036-4504
T: +1 202.955.8547
tdupree@gibsondunn.com

March 6, 2026

<u>VIA ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *Kashef v. BNP Paribas S.A.*, No. 26-341 (2d Cir.)

Dear Ms. Wolfe:

Pursuant to Second Circuit Local Rule 31.2(a)(1)(A), appellant BNP Paribas S.A. respectfully requests May 22, 2026, as the deadline for Appellant's Opening Brief. The requested date is within 91 days of the ready date. Local Rule 31.2(a)(1).

Thank you for your time and assistance.

Respectfully submitted,

*/s/ Thomas H. Dupree Jr.*
Thomas H. Dupree Jr.

cc: All counsel of record (via ECF)