# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of June, two thousand twenty-six.

---

Entesar Osman Kashef, et al.,

Plaintiffs - Appellees,

Alfadel Mosabal, et al.,

Plaintiffs- Consolidated Plaintiffs,

v.

BNP Paribas, a French corporation,

Defendant - Appellant.

---

**ORDER**

Docket No. 26-341

The Government of Switzerland, Monique Jametti, Professor Dr. Pierre Tercier, the Bank Policy Institute, American Bankers Association, Institute of International Bankers, and Securities Industry and Financial Markets Association move for leave to file amicus curiae briefs.

IT IS HEREBY ORDERED that the motions (docket entries 64, 67, 70, 76) are REFERRED to the panel that will determine the merits of this appeal.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe