GIBSON DUNN

Thomas H. Dupree Jr.
Partner
T: +1 202.955.8547
tdupree@gibsondunn.com

October 5, 2026

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Kashef et al. v. BNP Paribas SA*, No. 26-341

Dear Ms. Wolfe:

I represent Defendant-Appellant BNP Paribas SA in the above-captioned matter. I previously submitted an Oral Argument Statement form pursuant to Local Rule 34.1(a) advising the Court of dates through January 22, 2027, on which I was not available to appear in Court for oral argument. Doc. 105.

To aid the Court in scheduling argument in this matter, I am submitting this letter to provide the following additional dates on which I am not available to appear in Court: January 4-8, 2027.

Thank you for your consideration.

Respectfully submitted,

/s/ *Thomas H. Dupree Jr.*
Thomas H. Dupree Jr.

cc: All Counsel of Record (via CM/ECF)