# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Kashef v. BNP Paribas SA _____ Docket No.: 26-341 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Paul D. Clement (as lead counsel)

Firm: Clement & Murphy, PLLC

Address: 706 Duke Street, Alexandria, VA 22314

Telephone: (202) 742-8900 ________________________ Fax: N/A

E-mail: paul.clement@clementmurphy.com

**Appearance for:** Entesar Osman Kashef; Turjuman Ramadan Adam; Abulgasim Suleman Abdalla / Plaintiffs-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: _______ )
(name/firm)

☑ Additional counsel (co-counsel with: Kathryn Lee Boyd / Hecht Partners LLP )
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/23/2026 OR

☐ I applied for admission on ____________________.

Signature of Counsel: s/Paul D. Clement

Type or Print Name: Paul D. Clement